UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| Estate of JACOB PARENTI, et al., | ) | Case No. 5:14-cv-05481-PSG |
| | ) | |
| Plaintiff, | ) | **CASE SCHEDULING ORDER** |
| | ) | |
| v. | ) | **(Re: Docket No. 33)** |
| | ) | |
| COUNTY OF MONTEREY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based on the parties' joint case management statement and case management conference,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that the parties shall contact Magistrate Judge Nathanael Cousins to schedule a settlement conference no later than 30 days after the entry of this order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Non-expert discovery cutoff ................................................................................. July 22, 2016

Designation of experts ........................................................................................ August 5, 2016

---

[1] Docket Nos. 33, 36.

1

Case Nos. 5:14-cv-05481-PSG
CASE SCHEDULING ORDER

1     Expert discovery cutoff ................................................................................... August 22, 2016

2     Dispositive motions hearing .................................................. September 27, 2016 at 10:00 AM

3     Pre-trial conference ................................................................. October 25, 2016 at 10:00 AM

4     Jury trial .................................................................................. November 7, 2016 at 9:30 AM

**SO ORDERED.**

Dated:  April 29, 2015

                                                     _____
                                                     PAUL S. GREWAL
                                                     United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

Case Nos. 5:14-cv-05481-PSG
CASE SCHEDULING ORDER