Peter G. Bertling  # 131602
Jemma Parker Saunders #227962
BERTLING & CLAUSEN, L.L.P.
15 West Carrillo Street, Suite 100
Santa Barbara, California  93101
Telephone:  805-892-2100
Facsimile: 805-963-6044
pgb@bertling-clausen.com
jps@bertling-clausen.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC.; TAYLOR FITHIAN, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JACOB PARENTI, deceased, by and through MATTHEW OBERHOLTZ; D.P-O., a minor, by and through his guardian, MATTHEW OBERHOLTZ; and SUSAN PARENTI, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF MONTEREY; SHERIFF SCOTT MILLER, in his official and individual capacities; OFFICER COLLINS, in his individual capacity; CALIFORNIA FORENSIC MEDICAL GROUP; and DR. TAYLOR FITHIAN, <br><br>Defendants. | Case No. 5:14-cv-05481-PSG <br><br>**ORDER RE DEFENDANT TAYLOR FITHIAN, M.D.'S EX PARTE REQUEST TO BE AVAILABLE BY TELEPHONE AT MANDATORY SETTLEMENT CONFERENCE OF OCTOBER 30, 2015** <br><br>Action Filed:  December 16, 2014 <br>Pre-Trial Conference: October 25, 2016 <br>Trial Date:    November 7, 2016 <br>Judge:         Hon. Paul S. Grewal <br>Ctrm:          5 <br><br>JUDGE:     Hon. Lucy H. Koh <br>CTRM:      8,4th Floor |

**ORDER**

The Court, having reviewed the Ex Parte request of defendant, the submission by plaintiffs and the supplemental briefing by counsel for defendant, hereby Orders as follows:

GOOD CAUSE APPEARING THEREFORE, and based upon the Ex Parte request and accompanying Declaration of Jemma Parker Saunders, the supplemental

---

1

**ORDER RE DEFENDANT TAYLOR FITHIAN, M.D.'S EX PARTE REQUEST TO BE AVAILABLE BY TELEPHONE AT MANDATORY SETTLEMENT CONFERENCE OF OCTOBER 30, 2015**

1  Declaration of Mr. Bertling submitted in support of the Request for Telephonic
2  Appearance at the Mandatory Settlement Conference, and based on plaintiffs'
3  Opposition,
4      IT IS HEREBY ORDERED that Taylor Fithian, M.D. is excused from making a
5  personal appearance at the October 30, 2015 Mandatory Settlement Conference.  This
6  defendant must be available by telephone at all times during the Settlement Conference
7  and defendants will bear any costs incurred in maintaining telephonic communication
8  with him.

DATED:   October 28, 2015



**ORDER RE DEFENDANT TAYLOR FITHIAN, M.D.'S EX PARTE REQUEST TO BE AVAILABLE BY TELEPHONE AT MANDATORY SETTLEMENT CONFERENCE OF OCTOBER 30, 2015**