Dan Stormer, Esq. [S.B. # 101967]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bolney@hadsellstormer.com

Joshua Piovia-Scott, Esq. [S.B. #222364]
Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile:  (626) 577-7079
Email: jps@hadsellstormer.com
       lrifkin@hadsellstormer.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JACOB PARENTI, deceased, by and through MATTHEW OBERHOLTZ; D.P-O., a minor, by and through his guardian, MATTHEW OBERHOLTZ; and SUSAN PARENTI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; SHERIFF SCOTT MILLER, in his official and individual capacities; OFFICER COLLINS, in his individual capacity; CALIFORNIA FORENSIC MEDICAL GROUP; and DR. TAYLOR FITHIAN,<br><br>Defendants. | Case No.: CV-14-05481-BLF<br>[Related to Case No.: 16-CV-00945-BLF]<br><br>[Assigned to the Honorable Beth Labson Freeman – Courtroom 3]<br><br>[~~PROPOSED~~] **ORDER RE: DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed:   December 16, 2014<br>Discovery Cut-Off: August 22, 2016<br>Motion Cut-Off:    November 9, 2017<br>Trial Date:        November 26, 2018 |

_____

[~~PROPOSED~~] ORDER RE:
DISMISSAL OF ENTIRE ACTION

Case No.: CV-14-05481-BLF

1  **[PROPOSED] ORDER**

The Court having received Plaintiffs' Notice of Voluntary Dismissal pursuant to FRCP 41(a)(2), it is hereby ordered that this action is dismissed in its entirety with prejudice.

Except as provided in the settlement agreements executed between Plaintiffs and Defendants, each party is to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: Apr. 29, 2019          By _/s/ Beth Labson Freeman_
                                 The Honorable Beth Labson Freeman
                                 United States District Judge